

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63842@aol.com

Via ECF

February 21, 2023

Hon. Vincent L. Briccetti
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Jason Chow;  22 CR 666 (VB)
                          09 CR 165 (VB)

Dear Judge Briccetti:

With the consent of the Government by AUSA Stephanie Simon, the defendant is requesting that the sentence date in the above matters currently scheduled for March 8, 2023 at 10AM, be adjourned for approximately 3 weeks to any available date between March 29 and April 7, 2023. We are also requesting reciprocal extensions in the deadline for the parties' sentencing submissions.

We are still awaiting the final PSR with recommendation addendum. Also, the defense is waiting some sentencing materials.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Cc:   AUSA Stephanie Simon

---

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 2/21/23
White Plains, NY

Sentencing adjourned to 3/30/23 at 11:00. Defendant's submission due 3/16/23. Government's submission due 3/23/23

2/21/23